**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JAHIR OLDEMAR LUGO BAEZ,**<br>**Petitioner,**<br>**v.**<br><br>**ADELANTO, ICE FACILITY WARDEN,**<br>**Respondent.** | **NO. 5:26-cv-02343-AB-KS**<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the submissions filed by the parties, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing objections has passed and no objections were filed. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

Accordingly, IT IS ORDERED that: (1) Judgment shall be entered granting the Petition; and (2) a writ of habeas corpus shall issue as follows: IT IS ORDERED that Respondent provide Petitioner with a bond hearing within three days of this Order.

Dated: July 30, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE