JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**JAHIR OLDEMAR LUGO BAEZ,**

**Petitioner,**

**v.**

**ADELANTO, ICE FACILITY WARDEN,**

**Respondent.**

**NO. 5:26-cv-02343-AB-KS**

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge ("Order"), IT IS ADJUDGED that the pending Petition is GRANTED and a writ of habeas corpus shall issue consistent with the terms of the Order.

DATED: July 30, 2026

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE